IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RILEY, in her capacity as the Treasurer-Tax Collector of Stanislaus County,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD G. PLOUTZ, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-01177-DAD-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DEPOSIT FUNDS PURSUANT TO UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 150**<br><br>(ECF No. 29) |

Pursuant to the stipulation of the parties regarding Plaintiff's request to Deposit Funds pursuant to United States District Court Eastern District of California Local Rule 150 ('L.R. 150'), (ECF No. 28), and the proposed order related thereto, (ECF No. 29), the Court HEREBY GRANTS Plaintiff's request that the money as identified in the stipulation in the above-captioned matter in the total amount of $176,079.02, be deposited in the Court Registry, by March 5, 2021, pursuant to L.R. 150.

IT IS SO ORDERED.

Dated:  **February 16, 2021**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

1