IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RILEY, in her capacity as the Treasurer-Tax Collector of Stanislaus County,<br><br>   Plaintiff,<br><br>  v.<br><br>LLOYD G. PLOUTZ, et al.,<br><br>   Defendants.<br>_____<br><br>UNITED STATES OF AMERICA<br><br>   Cross-Complainant,<br><br>  v.<br><br>LLOYD G. PLOUTZ<br><br>   Cross-Defendant | Case No. 1:20-cv-01177-DAD-EPG<br><br>ORDER GRANTING EXTENSION TO FINALIZE SETTLEMENT EFFORTS<br><br>(ECF No. 78) |

  This matter is before the Court on the United States' Statement and Extension to Finalize Settlement Efforts, which requests an extension to at least February 8, 2022, for the parties to finalize their settlement and file the appropriate dispositional papers. (ECF No. 78).

Having considered the Statement and Request (ECF No. 78), IT IS ORDERED that the request for additional time is granted. The Court extends the deadline to file the appropriate dispositional papers to February 8, 2022. All other case deadlines set by the Court shall remain in place.[1]

IT IS SO ORDERED.

Dated:   **January 26, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that although the dispositive motion deadline expires on January 31, 2022, the parties proposed order requested that all other case deadlines remain in place.