UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RILEY, in her capacity as the Treasurer-Tax Collector of Stanislaus County,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD G. PLOUTZ, et al.,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,<br><br>Cross-Claimant,<br><br>v.<br><br>LLOYD G. PLOUTZ,,<br><br>Cross-Defendant. | No. 1:20-cv-01177-ADA-EPG<br><br>ORDER GRANTING STIPULATION AS TO PRIORTYT OF EXCESS PROCEEDS<br><br>(ECF No. 96) |

On August 26, 2022, Defendants William R. Morehead, Seeger Industries, Inc., Granada Park Homeowner's Association, and the United States of America filed a stipulation as to the distribution of excess proceeds from the sale of real property at issue in this case. The stipulation distributes the $176,079.02 in funds, currently deposited with the Court, as follows:

1

1. Mr. Morehead: $75,000.00
2. Seeger Industries: $17,100.12
3. Granada Park Homeowner's Association: $1,363.55
4. The United States: approximately $82,615.35 (the remainder of excess proceeds)

The parties also agree to submit an order of disbursement after the deadline to appeal the Court's order approving this stipulation has run.  Prior to filing the proposed order, the parties are advised to review Local Rule 150, especially subsections (d) and (e), to ensure compliance with the requirements for distribution of registry funds.  Among other requirements, the parties must email a copy of the proposed order to the Court's financial unit at financial@caed.uscourts.gov, which will inspect the proposed order for proper form, content, and compliance with the Local Rules before signature by the Court.  Any proposed disbursement order filed with the Court shall contain a verification that the parties provided a copy of the order to the Court's financial unit.

Accordingly,

1. The Court grants the stipulation of the parties regarding the priority of excess proceeds in this case; and
2. The parties are directed to file an order of disbursement in compliance with Local Rule 150 and to email a copy of the order to the Court's financial unit.

IT IS SO ORDERED.

Dated:   October 6, 2022

UNITED STATES DISTRICT JUDGE

2