UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RILEY, in her capacity as the Treasurer-Tax Collector of Stanislaus County,<br><br>  Plaintiff,<br><br>  v.<br><br>LLOYD G. PLOUTZ, et al.,<br><br>  Defendants. | No.  1:20-cv-01177-ADA-EPG<br><br>ORDER DISBURSING FUNDS<br><br>(ECF No. 101) |
| UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE,<br><br>  Cross-Claimant,<br><br>  v.<br><br>LLOYD G. PLOUTZ,<br><br>  Cross-Defendant. | |

On October 7, 2022, the Court approved the parties' stipulation regarding the distribution of interpleaded funds. (ECF No. 97.) The deadline to appeal that order has expired, and the Court accordingly enters the following order of disbursement.

///

1

Pursuant to the terms of the August 26, 2022 stipulation, the Court orders the following distribution of interpleaded funds:

1. Mr. Morehead is entitled to $75,000.00.
2. Seeger Industries is entitled to $17,100.12.
3. Granada Park Homeowner's Association is entitled to $1,363.55.
4. The United States is entitled to the remainder of excess proceeds, totaling approximately $82,615.35.
5. The Clerk of Court for the Eastern District of California Federal Court Treasury is hereby authorized and directed to draw checks on the funds deposited in the registry of the court, payable to the following payees, and mail or deliver the checks to the payees at the following addresses:

    a. To Mr. Morehead in the amount of $75,000.00. The check shall be made payable to the "Dyer Law Firm in trust for William Morehead" and mailed to:

    > Attention: Mr. Mike Dyer
    > 5250 Claremont Ave., Ste. 119
    > Stockton, CA 95207

    b. To Seeger Industries in the amount of $17,100.12. The check shall be made payable to "ASVH IOLTA in trust for Seeger Industries" and mailed to:

    > Arata, Swingle, Van Egmond & Heitlinger
    > 1207 I St.
    > Modesto, CA 95354

    c. To Granada Park Homeowner's Association in the amount of $1,363.55. The check shall be made payable to "Granada Park Homeowners Association c/o Liberty Property Management" and mailed to:

    > Granada Park Homeowner's Association
    > c/o Liberty Property Management
    > 1200 E. Orangeburg Ave., Ste. 104
    > Modesto, CA 95350

///

        d.      To the United States, the remainder of the deposited funds, including accrued interest, totaling approximately $82,615.35.  The check shall bear the following notations: "CMN 2020101152" and "Riley v. Ploutz et al." The check shall be made payable to the "Department of Justice" and mailed to:

> United States Department of Justice
> ATTN: Stephanie Milton, TaxFLU
> P.O. Box 310 – Ben Franklin Station
> Washington, D.C. 20044

IT IS SO ORDERED.

Dated:   January 12, 2023

_____
UNITED STATES DISTRICT JUDGE

3